## Commonwealth *v.* Diana, Appellant.

Argued November 12, 1971. *W. Parker Ruddock*, Public Defender, for appellant; *W. Thomas Malcolm*, District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Dillinger et al., Appellant.

Argued September 17, 1971. *Sidney M. DeAngelis*, with him *Bean, DeAngelis, Kaufman & Giangiulio*, for appellant; *John W. Lauffer*, Assistant District Attorney, with him *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.